IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02881

JOSE LUIS CARRANZA TREJO,

    Plaintiff,

v.

XCLUSIVE STAFFING, INC.,

    Defendant.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Xclusive Staffing, Inc. ("Defendant") hereby removes this action currently pending in the District Court for the City and County of Denver, Colorado to the United States District Court for the District of Colorado, and states in support as follows:

1. On August 23, 2021, Plaintiff Jose Luis Carranza Trejo ("Plaintiff"), filed his Complaint in this civil action in the District Court for the City and County of Denver, Colorado, captioned *Jose Luis Carranza Trejo v. Xclusive Staffing, Inc.*, Case No.: 2021CV32652 (the "State Court Action"). On October 6, 2021, Plaintiff's counsel sent Defendant's counsel a Waiver and Acceptance of Service of the Summons and Complaint, and Defendant completed and signed the Waiver that same day. Defendant has not yet answered the Complaint.

2. Plaintiff alleges that while he was employed by Defendant, he experienced discrimination based on his national origin. *See generally* Compl. He asserts three causes of action against Defendant under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 *et seq.* ("Title VII"): (1) national origin discrimination (harassment and hostile work environment), (2) national

1

origin discrimination (unlawful termination), and (3) unlawful retaliation. *See id*. Plaintiff seeks, among other things, damages under Title VII.

3. Plaintiff's claims under Title VII fall under the Court's federal question jurisdiction pursuant to 28 U.S.C. § 1331. Therefore, this action is removable to federal court under 28 U.S.C. § 1441.

4. This Notice is proper and timely pursuant to 28 U.S.C. § 1446(b)(1) because it has been filed within 30 days after Defendant was served with a copy of the Summons and Complaint setting forth the grounds for removal.

5. Defendant will promptly serve a copy of this Notice on counsel for Plaintiff and will file a copy of this Notice with the clerk of the State Court Action, pursuant to 28 U.S.C. § 1446(d).

6. This action is properly removable to the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1446(a) because the District Court for the City and County of Denver, Colorado, in which this case was brought, lies within the jurisdiction of this District.

7. By removing this action, Defendant does not waive any defenses available to it and does not admit any of the allegations in Plaintiff's Complaint.

8. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders filed in the State Court Action are attached as follows: a copy of the Complaint is attached hereto as **Exhibit A**. The Civil Cover Sheet in the State Court Action is attached hereto as **Exhibit B**. A copy of the Summons for Defendants is attached hereto as **Exhibit C**. The Denver District Court's Delay Reduction Order is attached hereto as **Exhibit D**. The Denver District Court's Pre-Trial Order is attached hereto as **Exhibit E**. The Waiver and Acceptance of Service filed in the State

Court Action is attached hereto as **Exhibit F**. There are no pending motions or petitions in the State Court Action.

DATED: October 27, 2021.               **SPENCER FANE, LLP**

                                        _/s/ Matthew Morrison_____
                                        Matthew M. Morrison (CO Bar No. 41323)
                                        Spencer Fane, LLP
                                        1700 Lincoln Street, Suite 2000
                                        Denver, CO 80203
                                        (303) 839-3788
                                        mmorrison@spencerfane.com

                                        *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 27, 2021, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was filed with the Clerk of the Court using the CM/ECF system and was sent to the following:

Corey Preston
Preston Law, PLLC
2814 William Neal Pkwy
Fort Collins, CO 80525
(720) 425-8289
corey@preston-lawyer.com

*Counsel for Plaintiff*

                                                   */s/ Olivia Hintz*
                                                   Paralegal Assistant