IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02881-RMR-MEH

JOSE LUIS CARRANZA TREJO,

    Plaintiff,

v.

XCLUSIVE STAFFING, INC.,

    Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Plaintiff JOSE LUIS CARANZA TREJO, and Defendant XCLUSIVE STAFFING, INC., by and through their respective counsel, hereby notify the Court that this matter has been resolved and jointly stipulate and agree pursuant to F.R.C.P. 41(a)(1)(A)(ii), that this action shall be dismissed with prejudice, each party to bear his or its own attorneys fees, expenses and costs.

Dated this 29th day of March, 2022.

| | |
|---|---|
| /s/ Corey Preston | /s/ Matthew Morrison |
| Corey Preston | Matthew Morrison |
| Preston Law, PLLC | Spencer Fane LLP |
| 2814 William Neal Pkwy | 1700 Lincoln Street, Suite 2000 |
| Fort Collins, CO 80525 | Denver, CO 80203 |
| 720-425-8289 | 303-839-3788 |
| cpreston@preston-lawyer.com | mmorrison@spencerfane.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of March, 2022, a true and correct copy of the above and foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was filed with the Clerk of the Court using the CM/ECF system, and was sent to the following:

Matthew Morrison
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203
303-839-3788
mmorrison@spencerfane.com
*Counsel for Defendant*

                                            */s/ Corey Preston*
                                      Preston Law, PLLC